### TAKE CHARGE AMERICA, INC.
PO BOX 83330
PHOENIX, AZ 85071-3330
800-823-7396 (toll-free phone)
623-266-6666 (fax)
www.takechargeamerica.org

ACCOUNT ACTIVITY SUMMARY
FOR THE PERIOD FROM 04/01/2008 TO 04/30/2008

STEVEN PAPA
4841 N ALBANY AVE APT 3
CHICAGO IL 60625

Client Number : 11146396
Statement Date: 05/02/2008

Previous statement's available trust balance: $0.00

**PAYMENTS RECEIVED / ADJUSTED ENTRIES**

| Date | Description | Amount |
|---|---|---|
| 04/25/2008 | Payment | 2,115.00 |
| | Total: | 2,115.00 |

**FEES**

| Date | Description | Amount |
|---|---|---|
| 04/25/2008 | 4/2008 Monthly Fee | 30.00 |
| | Total: | 30.00 |

**PAYMENTS REMITTED TO CREDITORS**

| Date | Creditor Name | Account Number | Amount |
|---|---|---|---|
| 04/25/2008 | DISCOVER CARD | XXXX XXXX XXXX 5438 | 178.00 |
| 04/25/2008 | CITIBANK SD N.A. (AZ-02) | XXXX XXXX XXXX 1211 | 422.00 |
| 04/25/2008 | BANK OF AMERICA | XXXX XXXX XXXX 8117 | 227.00 |
| 04/25/2008 | KOHL'S | XXXX XXXX XXXX 8300 | 10.00 |
| 04/25/2008 | GE MONEY BANK | XXXX XXXX XXXX 5983 | 14.00 |
| 04/25/2008 | CHASE/BANK ONE | XXXX XXXX XXXX 1515 | 324.00 |
| 04/25/2008 | BANK OF AMERICA - AMEX | XXXX XXXX XXXX 6245 | 239.00 |
| 04/25/2008 | CAPITAL ONE BANK | XXXX XXXX XXXX 0108 | 281.00 |
| 04/25/2008 | CHASE/BANK ONE | XXXX XXXX XXXX 7293 | 69.00 |
| 04/25/2008 | CHASE/BANK ONE | XXXX XXXX XXXX 1033 | 321.00 |
| | | Total: | 2,085.00 |

Available trust balance pending future disbursement: $0.00

Please refer to your monthly creditor statements for current balance information, accruing finance charges, and to make certain you are continually receiving program benefits. Program benefits may include reduced interest rates and the elimination of late and/or overlimit fees. Also, please make sure you have no recurring charges such as insurance premiums, service fees, etc. Please provide copies of your current creditor statements every six months for our review, or sooner if you have concerns.

ATTN: Are you receiving a tax rebate check? If so, please use it wisely! Place it into your emergency savings or use it to pay down your debt.